IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Ruben J Garcia

-vs-

State of New Mexico
County of Valencia

No. 12 CV 868 MV/LAM

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

12 AUG 10 PM 4:25

CLERK-ALBUQUERQUE

# FINANCIAL AFFIDAVIT, APPLICATION
## TO PROCEED *IN FORMA PAUPERIS*
## AND ORDER (28 U.S.C. § 1915)

I, Ruben Garcia, make under oath the following statement regarding my financial, residential, marital and employment status, and since I am unable to prepay fees and costs in the above-entitled case, make application to proceed as a pauper in accordance with 28 U.S.C. § 1915:

A. **BACKGROUND AND RESIDENCE**
   1. Full Name: Ruben J Garcia
   2. Age: 31   Sex: M
   3. Present address: PO Box 520 Santa Rosa NM 88435
   4. How long at this address? 5 months   Telephone No. _____
   5. Married? ___ Single? ___ Divorced? ___ Separated? ✓
   6. Number of dependents: 3
   7. Ages of children living with you: _____
   8. List relationship of other dependents living with you: _____

   9. List any dependents in items 7 and 8 depending on you for support:
      Alexandra, Miranda, Vincent, Jaramillo

B. **EMPLOYMENT AND INCOME**

1. Are you now employed? __NO__ Are you self-employed? __NO__
2. Name and address of employer: _____
   _____
3. Position: _____ Salary per month: $_____
4. If self-employed, nature of business: _____
5. Income previous month from self-employment: $_____
6. If unemployed, how long since last job or self-employment: _____
7. Any other income such as disability pay, worker's compensation, social security, pension, interests, note and loan repayments, dividends, trust funds, unemployment compensation? _____
8. If so, indicate source and amount per month: $_____
9. Total monthly net income: $_____

C. **ASSETS**

1. Do you own any real estate?    Yes _____   No __✓__
   a. Description: _____
   b. Location: _____
   c. Estimated Present Value: _____
   d. Estimated outstanding mortgages or contracts on property: _____
   _____
   e. Payments per month: _____
2. Do you own any automobiles?    Yes _____   No __✓__
   a. Make: _____ Model: _____ Year: _____
   b. Present value: _____ Total amount owed: _____
   c. Monthly Payments: _____
3. Do you have any stocks or bonds?   Yes _____   No __✓__
   a. Describe: _____
   b. Present Value: _____
4. Do you have any cash in the bank?   Yes _____   No __✓__
   a. If so, indicate amount: _____
5. Do you have any cash in savings and loan associations? Yes _____ No __✓__

6. Do you have any other assets not listed above, excluding household furnishings and clothing?     Yes _____     No ___✓___

   a. If so, describe and give value: _____

   _____

**D.   DEBTS AND OTHER OBLIGATIONS**

1. Rent _____ per month
2. Utilities _____ per month
3. Creditors:

   | List: | Total Due | Monthly Payment |
   |---|---|---|
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

4. Total Monthly Payments:    $ _____

*Ruben Garcia* (signature)
Signature of Applicant/Affiant

SUBSCRIBED AND SWORN to before me this _____ day of _____,

_____
Notary Public

My Commission Expires:

_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

_Ruben Garcia_____,  )
           Plaintiff       )
           )
           )
vs.           )    Civil Action No._____
_State of New Mexico_ )
           Defendant   )
           )
           )

## MOTION FOR FREE PROCESS

**COMES NOW** _____, and moves this court its' order allowing free process in this case. As grounds for this motion, movant states that because of indigency, he or she cannot afford to pay court fees and costs. Movant has attached hereto an eligibility determination for indigent services form.

_Ruben Garcia_ (Sign name)
_Ruben Garcia_ (Print name)
_PO Box 520_ (Address)
_Santa Rosa NM_
_88435_

# FINANCIAL CERTIFICATE
## (Initial filing or appeal/IFP application)

Ruben Garcia
INMATE NAME (*please print*)

67267
INMATE NUMBER

U.S. DISTRICT COURT CASE NUMBER: _____

1. Inmate's average monthly DEPOSITS for six preceding months: $_____.

2. Inmate's average monthly BALANCE for six preceding months: $_____.

3. CURRENT ACCOUNT BALANCE:
   Funds accessible to inmate as of _____ (date), including amount in savings account, in excess of minimum amount that must be maintained: $_____.

4. Attached hereto is a copy of the inmate's financial transactions for the six preceding months.

   I hereby certify that as of this date, the above financial information is accurate for the above-named inmate, and that a copy of this certificate is being provided to the above-named inmate.

_____
AUTHORIZED OFFICER

TITLE: _____

_____
DATE

# FINANCIAL AFFIDAVIT

CJA 23 (REV. 5/98)

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICE WITHOUT PAYMENT OF FEE**

IN UNITED STATES ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: Ruben Garcia vs. New Mexico

FOR: _____
AT: _____

**LOCATION NUMBER**

PERSON REPRESENTED (Show your full name): _____

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ (Specify) _____

**DOCKET NUMBERS**
Magistrate: 
District Court: 
Court of Appeals: 

CHARGE/OFFENSE (describe if applicable & check box -): ☒ Felony ☐ Misdemeanor
Possession

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND $ DESCRIBE IT

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☒ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: _____
Creditors / Total Debt / Monthly Payt.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Ruben Garcia